UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS IRVIN, preferred name VICTORIA C. IRVIN,

Plaintiff,

-against-

WARDEN COURTNEY ROTHNELL, ET AL.,

Defendants.

26-CV-8026 (LTS)

CIVIL JUDGMENT

Pursuant to the order dated November 23, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 23, 2026 order of dismissal.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge